## UNITED STATES of America, Plaintiff–Appellee

v.

## Salvador GONZALEZ–SILVA, Defendant–Appellant.

### No. 12–40738 Summary Calendar.

United States Court of Appeals, Fifth Circuit.

May 9, 2013.

Carmen Castillo Mitchell, Renata Ann Gowie, Assistant U.S. Attorneys, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Laura Fletcher Leavitt, Molly Estelle Odom, Esq., Assistant Federal Public Defenders, Federal Public Defender's Office, Houston, TX, for Defendant–Appellant.

Before REAVLEY, JOLLY, and DAVIS, Circuit Judges.

PER CURIAM: *

Salvador Gonzalez–Silva appeals the 57–month sentence imposed following his conviction of being present unlawfully in the United States following deportation. Gonzalez–Silva contends that the district court erred by imposing a 16–level enhancement pursuant to U.S.S.G. § 2L1.2(b)(1)(A)(ii) based on his prior conviction for indecency with a child under § 21.11(a)(1) of the Texas Penal Code.

Gonzalez–Silva's arguments are foreclosed by our decisions in *United States v. Rodriguez,* 711 F.3d 541, 544–46, 561–62 (5th Cir.2013) (en banc), and *United States v. Quiroga–Hernandez,* 698 F.3d 227, 229 (5th Cir.2012).

Accordingly, the judgment of the district court is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.